■ In the Matter of GEORGE W. CONATY, JR.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Dillon, P. J., Cardamone, Simons, Hancock, Jr., and Schnepp, JJ.

■ In the Matter of RAY B. ROBERTS.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Dillon, P. J., Cardamone, Simons, Hancock, Jr., and Schnepp, JJ.

## (July 10, 1980)

■ In the Matter of LOUIS AMES, Respondent, v CARMEN SHANG, as Acting Commissioner of the New York State Department of Social Services, Appellant, and WILLIAM J. FALVEY, as Commissioner of the Yates County Department of Social Services, Respondent.—Appeal dismissed, without costs, upon stipulation. (Appeal from judgment of Yates Supreme Court—art 78.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.